# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICK GORDON, Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) v. ) ) RICE ENERGY, INC., ROBERT F. VAGT, ) DANIEL J. RICE, IV, TOBY Z. RICE, ) DANIEL J. RICE, III, KATHRYN J. ) JACKSON, JAMES W. CHRISTMAS and ) JOHN MCCARTNEY, ) ) Defendants. ) | C.A. No. 1:17-cv-01067-VAC-MPT **CLASS ACTION** **JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Patrick Gordon, by counsel, hereby gives notice that he is dismissing all claims in the above-captioned matter, with prejudice to himself and without prejudice as to all others similarly situated.

Dated: November 16, 2017

Respectfully submitted,

**FARUQI & FARUQI, LLP**

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
James M. Wilson, Jr.
685 Third Ave., 26th Fl.
New York, NY 10017
Telephone: (212) 983-9330
Email: nfaruqi@faruqilaw.com
Email: jwilson@faruqilaw.com

*Counsel for Plaintiff*

*/s/ Michael Van Gorder*
Michael Van Gorder (#6214)
20 Montchanin Road, Suite 145
Wilmington, DE 19807
Tel.: (302) 482-3182
Email: mvangorder@faruqilaw.com

*Counsel for Plaintiff*